PROB 12A
(Revised 05/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Larry Donnell Jones</u>　　　Case Number: <u>3:06-00149</u>

Name of Sentencing Judicial Officer: <u>Honorable John T. Nixon, Senior United States District Judge</u>

Date of Original Sentence: <u>September 24, 2008</u>

Original Offense: <u>18 U.S.C. § 922 (g)(1) Felon in Possession of Firearm, 21 U.S.C. § 841 (a)(1) Possession with Intent to Distribute a Quantity of Cocaine Base</u>

Original Sentence: <u>120 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised release</u>　　　Date Supervision Commenced: <u>July 9, 2015</u>

Assistant U.S. Attorney: <u>To be determined</u>　　　Defense Attorney: <u>Ronald Small</u>

The Court orders:

- ■ No Action Necessary at this Time
- ☐ Submit a Request for Modifying the Condition or Term of Supervision
- ☐ Submit a Request for Warrant or Summons
- ☐ Other

Considered this <u>26th</u> day of <u>April</u>, 2016, and made a part of the records in the above case.

_____
John T. Nixon
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Wendi Potter
U.S. Probation Officer

Place　　<u>Nashville, Tennessee</u>

Date　　<u>April 25, 2016</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall refrain from any unlawful use of a controlled substance.** |

> On April 8, 2016, Mr. Jones was given a drug test that was positive for marijuana. When questioned, he denied use.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Larry Jones is unemployed and lives with his sister in Nashville, Tennessee. He has applied to receive Social Security Disability benefits. Mr. Jones began his three-year term of supervised release on July 9, 2015, and is due to terminate supervision on July 8, 2018.

On August 11, 2015, Mr. Jones completed a mental health and substance abuse assessment at Centerstone Mental Health. Outpatient treatment was recommended to address numerous diagnoses including Borderline Intellectual Functioning and Major Depressive Disorder, which are exacerbated by ongoing medical problems, and medications were prescribed.

On November 3, 2015, Centerstone reported that Mr. Jones stopped taking his prescribed medications without notifying the provider. On December 1, 2015, the provider reported that Mr. Jones experienced depression during the holidays due to his mother being hospitalized. Mr. Jones' mother is his Power of Attorney and support system. On January 27, 2016, Mr. Jones missed an individual session with his therapist, but the therapist reported he has a history of memory impairment due to a series of strokes.

On February 8, 2016, Mr. Jones tested positive for marijuana, and on February 17, 2016, the probation officer notified the treatment provider, so they may address the issue in treatment. The frequency of random drug testing was increased.

On February 18, 2016, the probation officer notified the Court regarding the positive drug test on February 8, 2016, and Mr. Jones' admission to associating with persons engaged in criminal activity.

On March 11, 2016, Mr. Jones was given a drug test that was positive for marijuana. When questioned, he denied use. The probation officer notified that the Court regarding the positive drug test on March 15, 2016. The Court ordered no action necessary on March 16, 2016.

On April 8, 2016, the probation officer increased the frequency of Mr. Jones' individual treatment sessions. On April 20, 2016, the probation officer met with Mr. Jones' Centerstone therapist, Eric Esters, and learned that his attendance for outpatient mental health and substance abuse treatment is sporadic.

On April 25, 2016, the probation officer received a report from the Alere toxicology laboratory indicating that Mr. Jones had reused marijuana prior to the drug tests conducted on March 11 and April 8, 2016, despite his denial of doing so.

**U.S. Probation Officer Recommendation:**
The probation officer is respectfully recommending that no additional action be taken by the Court at this time and that Mr. Jones continue to participate in outpatient treatment, and not incur any future violations. The U.S. Attorney's Office has been notified of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer